516

■ JOSEPH ABAZOGLOU, Respondent, v. GEORGE TSAKALOTOS et al., Appellants.—

Concur — McGivern, J. P., Markewich, Nunez and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. VICTOR AVILA, Appellant.

Concur — Stevens, P. J., Capozzoli, Nunez and McNally, JJ.

■ ELIZABETH Y. BURR, Respondent, v. ALLEN P. BURR, Appellant.—

Concur — McGivern, J. P., Markewich, Nunez and Steuer, JJ.